UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JAMES SAMS,<br>Plaintiff,<br>v.<br>LOS ANGELES SHERIFFS DEPARTMENT, et al.,<br>Defendants. | Case No. 2:25-cv-05960-ODW-JDE<br><br>JUDGMENT |

Pursuant to the Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: September 11, 2026 _

OTIS D. WRIGHT, II
United States District Judge